No. 98–6779. MORRISON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6783. WIGFALL v. KIMMERLY. Ct. App. Mich. Certiorari denied.

No. 98–6784. TRIGLER v. BRADLEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6785. YORDAN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 98–6788. WILSON ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6792. BAUTISTA v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–6794. BILES v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6808. WILLIAMS v. U-HAUL COMPANY OF COLORADO. C. A. 10th Cir. Certiorari denied.

No. 98–6809. WOOD v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6813. WILLIAMSON v. GREGOIRE, ATTORNEY GENERAL OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 98–6822. SCHAIRED v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6837. STEELE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6838. HALL v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6842. HOWARD v. SANDERS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.